**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE THOMAS D PHILIPSBORN ) | |
| IRREVOCABLE INSURANCE TRUST ) | |
| dated July 10, 2005, Plaintiff ) | |
| v. ) | 11-cv-03274 |
| AVON CAPITAL, LLC, and DONALD ) | Judge Harry D. Leinenweber |
| TRUDEAU, BENISTAR, LTD and ) | |
| BENISTAR ADMIN SERVICES, INC. ) | |
|                Defendants. ) | |
| and ) | |
| ) | |
| AVON CAPITAL, LLC, ) | |
|                Third-Party Plaintiff ) | |
| v. ) | |
| FINANCIAL LIFE SERVICES, LLC, ) | |
|                Third-Party Defendant. ) | |
| and ) | |
| ) | |
| FINANCIAL LIFE SERVICES, LLC, ) | |
|                Fourth-Party Plaintiff ) | |
| v. ) | |
| AVON CAPITAL, LLC, THOMAS, ) | |
| PHILIPSBORN and ANDREW PHILIPSBORN ) | |
|                Fourth-Party Defendants. ) | |

**MOTION FOR SUMMARY JUDGMENT BY THE THOMAS D. PHILIPSBORN
IRREVOCABLE INSURANCE TRUSTDATED JULY 10, 2005 AND ITS TRUSTEE
ANDREW PHILIPSBORN,THOMAS PHILIPSBORN AND ANDREW PHILIPSBORN**

Plaintiffs the Thomas D. Philipsborn Irrevocable Insurance Trust Dated July 10, 2005 (the "Trust") and its trustee Andrew Philipsborn (the "Trustee" and collectively with the "Trust," the "Plaintiff") and Fourth-Party Defendants Thomas Philipsborn and Andrew Philipsborn (collectively, the "Philipsborns") respectfully request that this court grant summary judgment pursuant to Federal Rule of Civil Procedure 56 in Plaintiff's favor and against defendant Avon Capital, LLC ("Avon") on Count I of Plaintiff's complaint (Dkt. 110) and in the Philipsborns' favor and against Financial Life Services ("FLS") on Counts II, III and IV of its Fourth-Party Complaint (Dkt. 100), and hereby submit the following Memorandum of Law in Support of their

1

Motion for Summary Judgment. This Motion for Summary Judgment is supported by the Memorandum of Law and Rule 56.1(a) Statement file contemporaneously.

WHEREFORE, Plaintiff respectfully requests that summary judgment be granted against Avon Capital, LLC in the amount of $819,609, and grant Plaintiff all additional relief that is warranted, including interest and attorney fees on Count I of Plaintiff's complaint. Andrew Philipsborn respectfully request that summary judgment be entered in his favor against Counts II and IV of FLS's Fourth Party Complaint, and grant him all additional relief that is warranted including attorney fees. Thomas Philipsborn respectfully request that summary judgment be entered in his favor against Counts III and IV of FLS's Fourth Party Complaint, and grant him all additional relief that is warranted.

November 18, 2014      Respectfully submitted by:

The Thomas D. Philipsborn Irrevocable Insurance Trust Dated July 10, 2005, Andrew Philipsborn as Trustee of The Thomas D. Philipsborn Irrevocable Insurance Trust Dated July 10, 2005 and Thomas Philipsborn

By:      /s/ *John W. Moynihan*
              One of its attorneys

John W. Moynihan
Cooney Corso & Moynihan, LLC
1423 Centre Circle
Downers Grove, IL 60515
847-477-3919; Attorney No. 6212061

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents were filed electronically. Notice of this filing will be sent by e-mail to the parties to this case above by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

By:      /s/  John W. Moynihan