# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

The Thomas D. Philipsborn Irrevocable Insurance Trust, et al.

        Plaintiff,

v.

Avon Capital, LLC, et al.

        Defendant.

Case No.: 1:11−cv−03274
Honorable Harry D. Leinenweber

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 8, 2015:

      MINUTE entry before the Honorable Harry D. Leinenweber:Status hearing held on 1/8/2015. It is hereby ordered that the parties have until 2/24/2015 to engage in limited discovery on the sole issue of determining Defendant Avon Capital's citizenship for purposes of establishing jurisdiction. Status hearing set for 2/24/2015 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.