# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

The Thomas D. Philipsborn Irrevocable
Insurance Trust, et al.

                                    Plaintiff,

v.                                     Case No.: 1:11−cv−03274

                                    Honorable Harry D. Leinenweber

Avon Capital, LLC, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 24, 2015:

      MINUTE entry before the Honorable Harry D. Leinenweber:Status hearing held on 2/24/2015. Plaintiff to file an amended complaint by 3/6/2015. The court will rule orally on the pending cross−motions for summary judgment on 3/17/2015 at 9:00 a.m. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.