# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| THE THOMAS D. PHILIPSBORN IRREVOCABLE INSURANCE TRUST dated July 10, 2005, and ANDREW PHILIPSBORN, as TRUSTEE on behalf of THE THOMAS D. PHILIPSBORN IRREVOCABLE INSURANCE TRUST dated July 10, 2005, | |
| Plaintiffs, | |
| v. | Civil Action No. 11-cv-03274 |
| AVON CAPITAL, LLC and DONALD TRUDEAU, BENISTAR, LTD. and BENISTAR ADMIN SERVICES, INC. | Judge: Harry D. Leinenweber |
| Defendants, | |
| and | |
| AVON CAPITAL, LLC, | |
| Third-Party Plaintiff, | |
| v. | |
| FINANCIAL LIFE SERVICES, LLC, | |
| Third-Party Defendant, | |
| and | |
| FINANCIAL LIFE SERVICES, LLC, | |
| Fourth-Party Plaintiff, | |
| v. | |
| AVON CAPITAL, LLC, THOMAS PHILIPSBORN and ANDREW PHILIPSBORN, | |
| Fourth-Party Defendants. | |

## DEFENDANT DONALD TRUDEAU'S MOTION TO CONTINUE TRIAL DATE

Defendant, Donald Trudeau, respectfully seeks an Order from this Court, pursuant to this Court's authority and discretion under Rule 16 of the Federal Rules of Civil Procedure to amend the Court's April 16, 2015 Order and modify the schedule in this matter. Specifically, Mr. Trudeau requests that the trial date be continued from July 20, 2015 to the week of July 27, 2015 or as soon thereafter as the Court deems just.

### GROUNDS FOR MOTION AND AUTHORITY

A conflict in Mr. Trudeau's schedule and the date of the trial was recently discovered and gives rise to this motion. Mr. Trudeau requests a continuance of the trial date on the grounds that he will be unavailable as the result of a previously scheduled family vacation during the time that trial is currently scheduled and it would be costly and burdensome to cancel his travel arrangements.

A schedule may be modified for good cause and with the Judge's consent. FRCP 16(b)(4). The trial court has broad discretion in deciding whether to grant a request for a continuance. *United States v. Turk*, 870 F.2d 1304, 1307 (7th Cir. 1989) (citing *Morris v. Slappy*, 461 U.S. 1, 11, 103 S.Ct. 1610, 1616 (1983)). "[A]mong the aims of Rule 16 are to prevent parties from delaying or procrastinating and to keep the case 'moving toward trial.' " *Alioto v. Town of Lisbon*, 651 F.3d 715, 720 (7th Cir. 2011). "In making a Rule 16(b) good-cause determination, the primary consideration for district courts is the diligence of the party seeking amendment." *Id.*

Following the April 16, 2015 status hearing in which a trial date was selected, it was discovered that Mr. Trudeau has a family vacation scheduled for the period of July 10, 2015 to July 24, 2015. (See Affidavit of Donald Trudeau attached hereto as Exhibit

A) Mr. Trudeau planned this vacation prior to the status conference held on April 16, 2015 in which a trial date was chosen. (*Id.*) Mr. Trudeau has made travel and lodging arrangements that would be costly and burdensome to change. (*Id.*) Mr. Trudeau will return from his travels and is available for trial during the week of July 27, 2015 and during the months of August or September 2015. (*Id.*)

This scheduling conflict is being raised to the Court promptly upon discovery of the same. As a party defendant, Mr. Trudeau requests a short continuance of the trial setting to allow him to fully participate in the preparation of his defense and any necessary pre-trial conference activities without the added cost and burden of changing his previously scheduled travel plans. It is also expected that Mr. Trudeau may be called as a witness during trial.

In addition, the continuance requested comes in advance of any pretrial deadlines prescribed in the Standing Order Establishing Pretrial Procedure. As of today's date, we have been unable to reach opposing counsel to discuss this issue. However, it is unlikely that the brief continuance requested will prejudice any party nor will it add undue delay to this matter.

## **CONCLUSION**

For the aforementioned reasons, Defendant Donald Trudeau respectfully requests that this Court continue the trial date to July 27, 2015 or as soon thereafter as the Court deems just.

Dated: May 6, 2015                    Respectfully submitted,

**DONALD TRUDEAU**

By his attorneys,

s/Jeffrey R. Peters
Kelly S. Hadac, admitted *pro hac vice*
Jeffrey R. Peters, admitted *pro hac vice*
HKM
30 East Seventh Street, Suite 3200
Saint Paul, MN 55101
(651) 227-9411 (phone)
(651) 223-5199 (fax)

and

K. Clark Schirle
Jonathan Barger
Butler, Pappas, Weihmuller, Katz, Craig, LLP
115 S. LaSalle Street, Suite 3200
Chicago, IL 60603
(312) 456-0900 (phone)
(312) 456-0909 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing documents were filed electronically. Notice of this filing will be sent by e-mail to the parties to this case above by operation of the Court's electronic filing system. Parties may access the filing through the Court's filing system.

By:    s/Jeffrey R. Peters

2335094