**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE THOMAS D. PHILIPSBORN IRREVOCABLE INSURANCE TRUST dated July 10, 2005, and ANDREW PHILIPSBORN, as TRUSTEE on behalf of THE THOMAS D. PHILIPSBORN IRREVOCABLE INSURANCE TRUST dated July 10, 2005, <br><br> Plaintiffs, <br><br> v. <br><br> AVON CAPITAL, LLC and DONALD TRUDEAU, BENISTAR, LTD. and BENISTAR ADMIN SERVICES, INC. <br><br> Defendants, <br> and <br><br> AVON CAPITAL, LLC, <br><br> Third-Party Plaintiff, <br> v. <br><br> FINANCIAL LIFE SERVICES, LLC, <br><br> Third-Party Defendant, <br> and <br><br> FINANCIAL LIFE SERVICES, LLC, <br><br> Fourth-Party Plaintiff, <br> v. <br><br> AVON CAPITAL, LLC, THOMAS PHILIPSBORN and ANDREW PHILIPSBORN, <br><br> Fourth-Party Defendants. | Civil Action No. 11-cv-03274 <br><br> Judge: Harry D. Leinenweber |

**NOTICE OF APPEAL**

Notice is hereby given that Defendants Avon Capital, LLC and Donald Trudeau, pursuant to Federal Rules of Appellate Procedure, hereby appeal as a matter of right to the United States Court of Appeals for the Seventh Circuit.

Defendant Avon Capital, LLC appeals the judgment awarded by the Court's Memorandum Opinion and Order filed on March 12, 2015. (Doc. 213) Specifically, Avon Capital, LLC appeals the Court's denial of its motion for summary judgment and grant of summary judgment in favor of Plaintiffs. *Id*. Furthermore, Avon Capital, LLC, appeals the Court's grant of summary judgment to Financial Life Services. *Id*.

Defendant Donald Trudeau appeals the judgment awarded pursuant to jury verdict and entered on July 29, 2015 on the basis of improper jury instructions. (Doc. 246) Furthermore, Donald Trudeau appeals the Court's Order dated October 1, 2012 denying his motion to dismiss. (Doc. 63) Donald Trudeau further appeals the Court's Order dated March 12, 2015 (Doc. 213) and related oral ruling on his motion for reconsideration denying his motion for summary judgment. (Doc. 216) In addition, Donald Trudeau appeals the denial of his motion for judgment as a matter of law at trial and renewed motion decided pursuant to an Order dated September 28, 2015. (Doc. 263)

Dated: October 23, 2015

                                        Respectfully submitted,

**AVON CAPITAL, LLC AND DONALD TRUDEAU**

By their attorneys,

/s/ Jeffrey R. Peters
Kelly S. Hadac, admitted *pro hac vice*
Jeffrey R. Peters, admitted *pro hac vice*
HKM, P.A.
30 East Seventh Street, Suite 3200
Saint Paul, MN 55101
(651) 227-9411 (phone)
(651) 223-5199 (fax)

and

K. Clark Schirle
Jonathan Barger
Butler, Pappas, Weihmuller, Katz, Craig, LLP
115 S. LaSalle Street, Suite 3200
Chicago, IL 60603
(312) 456-0900 (phone)
(312) 456-0909 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents were filed electronically. Notice of this filing will be sent by e-mail to the parties to this case above by operation of the Court's electronic filing system. Parties may access the filing through the Court's filing system.

By:/s/Jeffrey R. Peters

2417275