```
 1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION

 3   ANDREW I. PHILIPSBORN, etc.,    )
                                     )
 4            Plaintiff,             )
                                     )
 5       v.                          ) No. 11 CV 03274
                                     )
 6   AVON CAPITAL, LLC, et al.,      ) Chicago, Illinois
                                     ) August 18, 2015
 7            Defendants.            ) 9:32 a.m.

 8                      TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE HARRY D. LEINENWEBER
 9
     APPEARANCES:
10
     For the Defendants:       HKM
11                             BY:  MR. KELLY S. HADAC
                               30 East Seventh Street, Suite 3200
12                             St. Paul, Minnesota 55101
                               (651) 227-9411
13                             khadac@hkmlawgroup.com

14                             BUTLER PAPPAS
                               BY:  MR. KENNETH C. SCHIRLE
15                             115 South LaSalle Street
                               Suite 3200
16                             Chicago, Illinois 60603
                               (312) 456-0900
17                             cschirle@butlerpappas.com

18   For Third Party Defendant: LOCKE LORD, LLP
                               BY:  MR. MATTHEW T. FURTON
19                             111 South Wacker Drive
                               Chicago, Illinois 60606
20                             (312) 443-0700
                               mfurton@lockelord.com
21

22   Court Reporter:           Judith A. Walsh, CSR, RDR, CRR
                               Official Court Reporter
23                             219 S. Dearborn Street, Room 1944
                               Chicago, Illinois 60604
24                             (312) 702-8865
                               judith_walsh@ilnd.uscourts.gov
25
```

1      (Proceedings heard in open court:)
2              THE CLERK:  11 C 3274, Philipsborn versus Avon.
3              THE COURT:  As I understand it, there has been filed
4   Donald Trudeau's renewed motion for judgment as a matter of
5   law, right?
6              MR. HADAC:  That is correct, your Honor.
7              THE COURT:  Do you wish to respond to it?
8              MR. FURTON:  Plaintiff's lawyer is not here.
9              MR. HADAC:  Kelly Hadac, H-a-d-a-c, on behalf of
10  defendant Donald Trudeau as well as Avon Capital.
11             MR. SCHIRLE:  Clark Schirle also here on behalf of
12  Mr. Trudeau and Avon Capital.
13             THE COURT:  Here's what I'll do.  I'll set a ruling
14  date on it, and if I need a response from them, I'll ask for
15  one.  Otherwise, I'll rule without a response.
16             So ruling date, say, in three weeks, Wanda.
17             THE CLERK:  September 8 at 9:00.
18             MR. FURTON:  And for the record, this is Matt Furton
19  on behalf of third party defendant, Financial Life Services.
20             Your Honor, we have a motion that's actually noticed
21  up for tomorrow for an extension of time in which to file a
22  response.  It was a one-day extension from last Friday to
23  Monday.
24             THE COURT:  Okay. Let me finish.  Plaintiff has
25  filed a motion for prejudgment interest, and you've responded

1  to that.
2           MR. HADAC:  That is correct, your Honor.
3           THE COURT:  So I'll rule on that on the same date.
4           And Financial Life moves for an extension of time for
5  the attorney's fee petition until when; August 17th?
6           MR. FURTON:  Yes, from Friday to Monday, last Friday
7  to this Monday.  And we've already filed it.
8           THE COURT:  Is there objection to that?
9           MR. FURTON:  I have been told there is no objection.
10          MR. HADAC:  Yes, we have no objection, your Honor.
11          THE COURT:  Motion is granted.  And let's see.  I
12 have plaintiff's opposition to Financial Life Services
13 petition for attorney's fees.  That's what we're talking
14 about, right?
15          MR. FURTON:  That was his.  There's dueling
16 petitions.  His is filed.  Mine is filed.  Everybody is fully
17 filed on those.
18          THE COURT:  Did I set a ruling date on that?
19          MR. FURTON:  You have not.
20          THE COURT:  Why don't I do that on the 8th, too.
21          We missed you at the trial.
22          MR. FURTON:  I heard it was quite fun.
23          THE COURT:  We needed more questions.  I'll tell you
24 that, talk about confusing jury instructions for disclosed
25 principal and undisclosed principal in the same case.  The

```
 1  jury muddled its way through.
 2          Okay.  We'll see you on the 8th of September.
 3          MR. HADAC:  So there's actually going to be a hearing
 4  date on the 8th or just --
 5          THE COURT:  That's just the ruling.  I do not intend
 6  to hear any arguments.  All right.
 7          MR. HADAC:  Thank you, your Honor.
 8          MR. FURTON:  Very good, your Honor.
 9          THE COURT:  Thank you.
10     (Proceedings adjourned at 9:35 a.m.)
11                       * * * * * * *
12                      C E R T I F I C A T E
13       I, Judith A. Walsh, do hereby certify that the
14  foregoing is a complete, true, and accurate transcript of the
15  proceedings had in the above-entitled case before the
16  Honorable HARRY D. LEINENWEBER, one of the judges of said
17  Court, at Chicago, Illinois, on August 18, 2015.
18
19  /s/ Judith A. Walsh, CSR, RDR, CRR         November 12, 2015
20  Official Court Reporter
21  United States District Court
22  Northern District of Illinois
23  Eastern Division
24
25
```