## IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| THE THOMAS D. PHILIPSBORN IRREVOCABLE INSURANCE TRUST dated July 10, 2005 and ANDREW I. PHILIPSBORN, as TRUSTEE on behalf of THE THOMAS D. PHILIPSBORN IRREVOCABLE INSURANCE TRUST dated July 10, 2005, | ) ) ) ) ) ) ) ) ) | Case No. 11-cv-03274 Judge Harry D. Leinenweber |
| Plaintiffs, | ) | |
| v. | ) ) | |
| AVON CAPITAL, LLC and DONALD TRUDEAU, BENISTAR, LTD. and BENISTAR ADMIN SERVICES, INC., | ) ) ) | |
| Defendants, | ) | |
| and | ) ) | |
| AVON CAPITAL, LLC, | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) ) | |
| FINANCIAL LIFE SERVICES, LLC, | ) | |
| Third-Party Defendant, | ) | |
| and | ) ) | |
| FINANCIAL LIFE SERVICES, LLC, | ) | |
| Fourth-Party Plaintiff, | ) | |
| v. | ) ) | |
| AVON CAPITAL, LLC, THOMAS, PHILIPSBORN and ANDREW PHILIPSBORN, | ) ) ) | |
| Fourth-Party Defendants, | ) | |
| and | ) ) | |
| TPG GROUP, INC., | ) | |
| Third-Party Respondent/ Adverse Claimant. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The above-entitled action, having been fully compromised and settled by the The Thomas D. Philipsborn Irrevocable Insurance Trust dated July 10, 2005 and Andrew I Philipsborn, as Trustee, Avon Capital LLC, and Donald Trudeau,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that said action may be and hereby is dismissed with prejudice, but without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED**, that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record with prejudice.

**THE THOMAS D. PHILIPSBORN IRREVOCABLE INSURANCE TRUST dated July 10, 2005 and ANDREW I. PHILIPSBORN, as TRUSTEE on behalf of THE THOMAS D. PHILIPSBORN IRREVOCABLE INSURANCE TRUST dated July 10, 2005**

Dated: <u>November 17, 2017</u>          By <u>s/John W. Moynihan</u>
                                         One of their attorneys


Leon Zelechowski #3106039
Leon Zelechowski Ltd.
111 West Washington, Suite 1051
Chicago, IL  60602
Telephone:  (312) 609-0022
lzelechowski@zelechowskiltd.com

2

and

John W. Moynihan #6212061
Jeffrey D. Corso #6206210
Cooney Corso & Moynihan, LLC
1423 Centre Circle
Downers Grove, IL 60515
Main: (847) 477-3919
Fax: (630) 390-2390
jmoynihan@ccvmlaw.com
jcorso@ccvmlaw.com

**AVON CAPITAL, LLC; and DONALD TRUDEAU;**

By s/Kelly S. Hadac

Dated: November 17, 2017          One of their attorneys

Kelly S. Hadac (Pro Hac Vice)
HKM, P.A.
30 East 7th Street, Suite 3200
St. Paul, MN 55101
Telephone: (651) 227-9411
Fax: (651) 223-5199
khadac@hkmlawgroup.com

and

3

K. Clark Schirle #6199270
Jonathan K. Barger #6277079
Butler, Pappas, Weihmuller,
  Katz, Craig, LLP
115 S. LaSalle Street, Suite 3200
Chicago, IL 60603
Telephone:  (312) 456-0900
Fax:  (312) 456-0909
cschirle@butlerpappas.com
jbarger@butlerpappas.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents were filed electronically.  Notice of this filing will be sent by e-mail to the parties to this case above by operation of the Court's electronic filing system.  Parties may access the filing through the Court's system.

s/Kelly S. Hadsac
Kelly S. Hadac

4842-4142-7027, v. 1

4