

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

THE THOMAS D. PHILIPSBORN )
IRREVOCABLE INSURANCE TRUST )
dated July 10, 2005 and ANDREW I. )
PHILIPSBORN, as TRUSTEE on )
behalf of THE THOMAS D. )
PHILIPSBORN IRREVOCABLE )
INSURANCE TRUST dated July 10, )
2005, )
                    Plaintiffs, )
    v. )
                                )
AVON CAPITAL, LLC and DONALD )
TRUDEAU, BENISTAR, LTD. and )
BENISTAR ADMIN SERVICES, INC., )
                  Defendants, )
   and )
                                )
AVON CAPITAL, LLC, )
          Third-Party Plaintiff, )
    v. )
                                )
FINANCIAL LIFE SERVICES, LLC, )
        Third-Party Defendant, )
   and )
                                )
FINANCIAL LIFE SERVICES, LLC, )
        Fourth-Party Plaintiff, )
    v. )
                                )
AVON CAPITAL, LLC, THOMAS, )
PHILIPSBORN and ANDREW )
PHILIPSBORN, )
        Fourth-Party Defendants, )
   and )
                                )
TPG GROUP, INC., )
        Third-Party Respondent/ )
        Adverse Claimant. )

Case No. 11-cv-03274
Judge Harry D. Leinenweber

RECEIVED-EO4

17 DEC 20 PM 3:27

CLERK
U.S. DISTRICT COURT

## ORDER FOR DISMISSAL

This matter is before the Court upon the Stipulation of Dismissal with Prejudice filed by the parties on November 17, 2017, 2017 [Doc. No. 350].

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that this action and all claims between Plaintiffs, Donald Trudeau and/or Avon Capital, LLC are **DISMISSED WITH PREJUDICE,** and without costs, disbursements, or attorneys' fees to any of said parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: _12/20/17_
at Chicago, IL

_____
Harry D. Leinenweber
United States District Judge

4840-1401-7107, v. 1

2